Scottlynn J Hubbard IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
(530) 895-3252
(530) 894-8244 fax

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>                              PLAINTIFF(S)<br>v.<br>SUN GIR INCORPORATED dba CARL'S JR. #7382;  SEE ATTACHED LIST,<br><br><br>                              DEFENDANT(S). | CASE NUMBER<br><br>2:15-cv-04531 GHK(Ex)<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S): _____

   A lawsuit has been filed against you.

   Within  __21__  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  _Scottlynn J Hubbard, IV_____, whose address is  _Disabled Advocacy Group, APLC  12 Williamsburg Lane, Chico, CA  95926_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _06/16/2015_____   By: _/s/ Robert R. Nadres_____
                                         Deputy Clerk

                                         *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## DEFENDANT LIST

1. SUN GIR INCORPORATED dba CARL'S JR. #7382;
2. MAUREEN S. LEE, TRUSTEE of the 2004 LEE FAMILY TRUST;
3. LAWRENCE JOHN SCHAUB, TRUSTEE of the SCHAUB FAMILY TRUST DATED AUGUST 9, 1984;
4. CHRISTINE TEEPLE SCHAUB, TRUSTEE of the SCHAUB FAMILY TRUST DATED AUGUST 9, 1984,