SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
(530) 895-3252

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br>　　Plaintiff,<br>　　vs.<br>Sun Gir Incorporated dba Carl's Jr. #7382; Maureen S. Lee, Trustee of the 2004 Lee Family Trust; Lawrence John Schaub, Trustee of the Schaub Family Trust dated August 9, 1984; Christine Teeple Schaub, Trustee of the Schaub Family Trust dated August 9, 1984,<br>　　Defendants. | No. CV15-04531 GHK (Ex)<br><br>**PROOF OF SERVICE AS TO DEFENDANT MAUREEN S. LEE, TRUSTEE OF THE 2004 LEE FAMILY TRUST** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SCOTTLYNN J. HUBBARD IV | SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE  CHICO, CA 95926 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (530) 895-3252 | FAX NO. (530) 894-8244 | E-MAIL ADDRESS *(Optional)*: Heather@hubslaw.com<br>ATTORNEY FOR *(Name)*: : | |

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 312 N. SPRING ST. #G-8 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: CENTRAL DISTRICT |

| PLAINTIFF: MICHAEL ROCCA, | CASE NUMBER: |
|---|---|
| DEFENDANT: SUN GIR INCORPORATED dba CARL'S JR. #7382;ET AL | 2:15-CV-04531 GHK(Ex) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;ORDER RE: CASE MANAGEMENT
3. a. Party served *(specify name of party as shown on documents served)*:
   **MAUREEN S.LEE, TRUSTEE OF THE 2004 LEE FAMILY TRUST**
   Age: 88    Weight: 135    Hair: DARK GREY    Sex: Female
   Height: 5'4    Race: CAUCASIAN

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **2807 Antigua Dr**
   **Burbank, CA 91504-1808**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **7/25/2015**  (2) at *(time)*: **6:55 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: ,   **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PETITIONER: MICHAEL ROCCA, | CASE NUMBER: |
|---|---|
| RESPONDENT: SUN GIR INCORPORATED dba CARL'S JR. #7382;ET AL | 2:15-CV-04531 GHK(Ex) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                       (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☑ as the person sued under the fictitious name of *(specify):* **TRUSTEE OF THE 2004 LEE FAMILY TRUST**
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                         ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)                ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                          ☐ 415.46 (occupant)
                                                                          ☑ other: *California Code of Civil Procedure*

7. Person who served papers
   a. Name: **RONALD A. KOFFLER - JPL Process Service, LLC**
   b. Address: **PO Box 918 Midway City, CA 92655**
   c. Telephone number: **(866) 754-0520**
   d. The fee for service was: **$ 60.00**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner   ☐ employee   ☑ independent contractor.
        (ii) Registration No.: **2013195107**
        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: **7/27/2015**

**JPL Process Service, LLC**
PO Box 918
Midway City, CA 92655
(866) 754-0520
http://www.jplps.com/

**RONALD A. KOFFLER**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶ *[signature]* (SIGNATURE)